COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss                                         UNITED STATES DISTRICT COURT
                                                    DEPT. OF THE TRIAL COURT
                                                    C.A. NO.: 04 11732 PBS

JOHN V. COSTA.                    )
                                  )
        Plaintiff,                )
                                  )
Vs.                               )
                                  )
SHANE M. REUL and                 )
CITY OF NEW BEDFORD,              )
        Defendant.                )

### DEFENDANT, CITY OF NEW BEDFORD'S, ASSENTED TO MOTION TO ENLARGE TIME

   NOW COMES the Defendant, City of New Bedford, and moves that the time in which the Defendant shall have to file an Answer or other responsive pleading in this action be enlarged by thirty (30) days up to including October 21, 2004. This motion is assented to by Plaintiff's counsel.


ASSENTED TO:

John V. Costa,                                      Respectfully submitted,
        Plaintiff,
                                                    SHANE M. REUL and
                                                    CITY OF NEW BEDFORD,

By its attorney,                                    By its Attorney,

_Austin J. Freely, P.T.W_                           _Patrick T. Walsh_
Austin J. Freeley, Esquire                          Patrick T. Walsh, Assistant City Solicitor
Freeley & Finn                                      B.B.O. No. 514885
221 Lewis Wharf                                     Law Department
Boston, MA 02110                                    133 William Street, Room 203
Tel #617-723-9538                                   New Bedford, MA 02740
                                                    Tel.# 508-979-1460


DATED: 9/9/04

## CERTIFICATE OF SERVICE

I, Patrick T. Walsh, counsel for the defendant, City of New Bedford, hereby certify that I have this day served the foregoing: DEFENDANT, CITY OF NEW BEDFORD'S, ASSENTED TO MOTION TO ENLARGE TIME, upon the plaintiff by mailing a copy, postage prepaid to: Austin J. Freeley, Esquire, 221 Lewis Wharf, Boston, MA 02110, attorney of record for the plaintiff.

_____
Patrick T. Walsh

DATED: 9/9/04