UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. 04-11732-PBS

JOHN V. COSTA,

    Plaintiff

v.

SHANE M. REUL AND CITY OF NEW BEDFORD,

    Defendants

STIPULATION OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT CITY OF NEW BEDFORD

Now come the parties to the above-captioned matter, pursuant to Fed. R. Civ. P. 41(a)(1), hereby stipulate to the voluntary dismissal of the Complaint, with prejudice, as against defendant City of New Bedford, without the payment of costs, attorneys fees and waiving all rights of appeal.

| PLAINTIFF, | DEFENDANT, |
|---|---|
| JOHN V. COSTA, | CITY OF NEW BEDFORD, |
| By their attorney, | By their attorneys, |
| /s Austin Freeley | /s Katharine Goree Doyle |
| Austin Freeley (BBO#563349) | Joseph L. Tehan, Jr. (BBO# 494020) |
| 221 Lewis Wharf | Katharine Goree Doyle (BBO#634131) |
| Boston MA 02110 | Kopelman and Paige, P.C. |
| (617) 723-9538 | 31 St. James Avenue |
| | Boston, MA 02116 |
| | (617) 556-0007 |

233316/METG/0586