UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN V. COSTA,<br>　　　Plaintiff<br><br>V.<br><br>SHANE M. REUL and<br>CITY OF NEW BEDFORD,<br>　　　Defendants | )<br>)<br>)<br>)  Civil Action No. 04-11732-PBS<br>)<br>)<br>)<br>)<br>) |

NOTICE OF APPEARANCE

　　　Please enter an appearance for Brian Rogal as counsel for Defendant Shane M. Reul in the above-entitled matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　For Defendant Shane M. Reul,
　　　　　　　　　　　　　　　　　　By his attorneys,


　　　　　　　　　　　　　　　　　　　　/S/ Brian Rogal
　　　　　　　　　　　　　　　　　　Brian Rogal, Esquire
　　　　　　　　　　　　　　　　　　BBO #424920
　　　　　　　　　　　　　　　　　　LAW OFFICES OF TIMOTHY M. BURKE
　　　　　　　　　　　　　　　　　　160 Gould Street, Suite 111
　　　　　　　　　　　　　　　　　　Needham, MA  02494
　　　　　　　　　　　　　　　　　　(781) 455-0707


CERTIFICATE OF SERVICE

　　　I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.


Date:   1/6/05　　　　　　　　　　　　　　　　　　　/S/ Brian Rogal