UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN V. COSTA,         )<br>    Plaintiff          )<br>                              )<br>V.                            )<br>                              )<br>SHANE M. REUL and    )<br>CITY OF NEW BEDFORD, )<br>    Defendants       )<br>                              ) | Civil Action No. 04-11732-PBS |

ANSWER TO COMPLAINT AND JURY DEMAND OF DEFENDANT SHANE REUL

1.    The Defendant admits the allegations contained in Paragraph 1 of Plaintiff's Complaint.

2.    The Defendant admits the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3.    The Defendant admits the allegations contained in Paragraph 3 of Plaintiff's Complaint.

4.    The Defendant admits the allegations contained in Paragraph 4 of Plaintiff's Complaint.

5.    In response to Paragraph 5 Defendant states that it contains averments of law which do not require a responsive pleading, but to the extent they do, they are denied.

6.    Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 6 of Plaintiff's Complaint and therefore denies same.

7.      Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 7 of Plaintiff's Complaint and therefore denies same.

8.      The Defendant admits the allegations contained in Paragraph 8 of Plaintiff's Complaint.

9.      The Defendant admits the allegations contained in Paragraph 9 of Plaintiff's Complaint.

10.     The Defendant denies the allegations contained in Paragraph 10 of Plaintiff's Complaint.

11.     The Defendant denies the allegations contained in Paragraph 11 of Plaintiff's Complaint.

12.     Defendant states that he told Plaintiff to go into his house. The Defendant denies the remaining allegations contained in Paragraph 12 of Plaintiff's Complaint.

13.     The Defendant denies the allegations contained in Paragraph 13 of Plaintiff's Complaint.

14.     The Defendant denies the allegations contained in Paragraph 14 of Plaintiff's Complaint.

15.     The Defendant denies the allegations contained in Paragraph 15 of Plaintiff's Complaint.

16.     The Defendant denies the allegations contained in Paragraph 16 of Plaintiff's Complaint.

17. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 17 of Plaintiff's Complaint and therefore denies same.

18. The Defendant denies the allegations contained in Paragraph 18 of Plaintiff's Complaint.

19. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 19 of Plaintiff's Complaint and therefore denies same.

20. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 20 of Plaintiff's Complaint and therefore denies same.

21. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 21 of Plaintiff's Complaint and therefore denies same.

22. The Defendant denies the allegations contained in Paragraph 22 of Plaintiff's Complaint.

23. The Defendant admits the allegations contained in Paragraph 23 of Plaintiff's Complaint.

24. The Defendant admits the allegations contained in Paragraph 243 of Plaintiff's Complaint.

25. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 25 of Plaintiff's Complaint and therefore denies same.

26. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 26 of Plaintiff's Complaint and therefore denies same.

27. The Defendant admits the allegations contained in Paragraph 27 of Plaintiff's Complaint.

28. The Defendant denies the allegations contained in Paragraph 28 of Plaintiff's Complaint.

29. The Defendant denies that Plaintiff waited on hour. Defendant admits the remaining allegations contained in Paragraph 29 of Plaintiff's Complaint.

30. The Defendant denies the allegations contained in Paragraph 30 of Plaintiff's Complaint.

31. The Defendant denies the allegations contained in Paragraph 31 of Plaintiff's Complaint.

32. The Defendant admits the allegations contained in Paragraph 32 of Plaintiff's Complaint, except that he does not know when Plaintiff was released.

33. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 33 of Plaintiff's Complaint and therefore denies same.

34. Defendant is without sufficient information on which to form a belief as to the truth of the allegations contained in Paragraph 34 of Plaintiff's Complaint and therefore denies same.

35. The Defendant admits the allegations contained in Paragraph 35 of Plaintiff's Complaint.

36. The Defendant denies the allegations contained in Paragraph 36 of Plaintiff's Complaint.

37. In response to Paragraph 37 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 36 above.

38. The Defendant denies the allegations contained in Paragraph 38 of Plaintiff's Complaint.

39. The Defendant denies the allegations contained in Paragraph 39 of Plaintiff's Complaint.

40. The Defendant denies the allegations contained in Paragraph 40 of Plaintiff's Complaint.

41. In response to Paragraph 41 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 40 above.

42. The Defendant denies the allegations contained in Paragraph 42 of Plaintiff's Complaint.

43. The Defendant denies the allegations contained in Paragraph 43 of Plaintiff's Complaint.

44. In response to Paragraph 44 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 43 above.

45. The Defendant denies the allegations contained in Paragraph 45 of Plaintiff's Complaint.

46. The Defendant denies the allegations contained in Paragraph 46 of Plaintiff's Complaint.

47. In response to Paragraph 47 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 46 above.

48. The Defendant denies the allegations contained in Paragraph 48 of Plaintiff's Complaint.

49. The Defendant denies the allegations contained in Paragraph 49 of Plaintiff's Complaint.

50. In response to Paragraph 50 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 49 above.

51. The Defendant denies the allegations contained in Paragraph 51 of Plaintiff's Complaint.

52. The Defendant denies the allegations contained in Paragraph 52 of Plaintiff's Complaint.

53. In response to Paragraph 53 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 52 above.

54. The Defendant denies the allegations contained in Paragraph 54 of Plaintiff's Complaint.

55. The Defendant denies the allegations contained in Paragraph 55 of Plaintiff's Complaint.

56. In response to Paragraph 56 of Plaintiff's Complaint, Defendant realleges and incorporates by reference his answers to Paragraphs 1 through 55 above.

57. The Defendant denies the allegations contained in Paragraph 57 of Plaintiff's Complaint.

58.     The Defendant denies the allegations contained in Paragraph 58 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The Plaintiff has failed to state a cause of action upon which relief may be granted and therefore this Complaint should be dismissed pursuant to Federal Rules of Civil Procedure 12(b)(6).

### Second Affirmative Defense

By way of affirmative defense the Defendant says that the Plaintiff was rightfully detained and that the detention was for a reasonable period of time.

### Third Affirmative Defense

By way of affirmative defense the Defendant says that he was justified in his conduct and acts and is therefore not liable to the Plaintiff as alleged in the Complaint.

### Fourth Affirmative Defense

By way of affirmative defense the Defendant says that he was privileged in his conduct and acts and that therefore the Plaintiff cannot recover.

### Fifth Affirmative Defense

By way of affirmative defense the Defendant says that if the Plaintiff suffered injuries or damage, as alleged, such injuries or damage were caused by someone for whose conduct the Defendant was not and is not legally responsible.

### Sixth Affirmative Defense

The Defendant has qualified immunity from this suit as the alleged acts complained of occurred within the scope of Defendant's official duties and Defendant had

no knowledge that said alleged acts were illegal and/or unconstitutional nor were said alleged acts clearly violative of Plaintiff's rights at the time they were committed.

Seventh Affirmative Defense

The Plaintiff's Complaint against Defendant is frivolous, without basis in fact and not advanced in good faith.  The Defendant is therefore entitled to attorney's fees, costs and any other sanctions the Court deems appropriate under the terms and provisions of 42 U.S.C. §1988.

Eighth Affirmative Defense

Any damage incurred by the Plaintiff as alleged in the Complaint were the result of their own intentional and illegal conduct and they are, therefore, barred from recovery.

Ninth Affirmative Defense

Defendant says that when the Plaintiff was arrested there was probable cause for making the arrest and the Defendant was justified in so doing.

Tenth Affirmative Defense

Plaintiff's Complaint is frivolous, without any basis in fact or law and not advanced in good faith and therefore the Defendant is entitled to attorney's fees, costs and any other sanctions the Court deems appropriate pursuant to M.G.L. c. 231 §6F.

WHEREFORE the Defendant requests that this Court deny each and every prayer for relief requested by Plaintiff, dismiss this action and award Defendant such other and further relief, including attorney's fees and costs, as this Court may deem appropriate.

JURY DEMAND

Defendant demands a jury trial on all triable issues.

>Respectfully submitted,
>For Defendant Shane M. Reul,
>By his attorneys,
>
>_____/S/ Brian Rogal_____
>Brian Rogal, Esquire
>BBO #424920
>LAW OFFICES OF TIMOTHY M. BURKE
>160 Gould Street, Suite 111
>Needham, MA  02494
>(781) 455-0707

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party via first class mail, postage pre-paid.

Date:   1/6/04                              _____/S/ Brian Rogal_____