UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN V. COSTA,                    )
    Plaintiff                   )
                                  )
V.                                )    Civil Action No. 04-11732-PBS
                                  )
SHANE M. REUL and                 )
CITY OF NEW BEDFORD,              )
    Defendants                  )
                                  )

## DEFENDANT SHANE M. REUL'S CERTIFICATION TO LOCAL RULE 16.1(d)(3)

We hereby certify that we have conferred with a view toward establishing a budget for the costs of conducting the full course and alternative courses of litigation; and to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Shane M. Reul
Defendant

_____
Brian Rogal, Esquire
BBO# 424920
Law Offices of Timothy M. Burke
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

Date: _____

<u>Certificate of Service</u>

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Dated: