UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN V. COSTA,<br>    Plaintiff | )<br>)<br>) |
| VS. | )  Civil Action No. 04-11732-PBS<br>) |
| SHANE REUL,<br>    <u>Defendant</u> | )<br>)<br>) |

DEFENDANT SHANE REUL'S
MOTION FOR AN ORDER GRANTING ACCESS TO
CRIMINAL OFFENDER RECORD INFORMATION

  Now comes the Defendant in the above-captioned matter and respectfully moves for an Order allowing him to obtain from the state correctional agencies, pursuant to Massachusetts General Laws, Ch. 6 § 172, Criminal Offender Record Information ("CORI") covering the last ten years for any conviction of a felony and the last five years for any misdemeanor convictions of the Plaintiff, John V. Costa and his wife, Mary Beth Costa.  As grounds therefore, the Defendant states the following:

  1.  Plaintiff and his wife are prospective witnesses in the trial of this matter.

  2.  Their credibility will be an issue at the trial in this action.

  3.  The credibility of a witness may be impeached by evidence of prior convictions of criminal offenses.

  4.  Defendant submits that he should be allowed access to CORI information to determine what information exists relating to the Plaintiff and his wife's criminal records in order to prepare an adequate cross-examination of the

   Plaintiff and his wife and to test the credibility of Plaintiff's claim being asserted in the lawsuit.

5. Attorneys of record have been certified as a class of persons entitled to access to CORI and absent a court order the state agencies in control of CORI will not release the requested information.  A prepared form of order has been attached.

          Respectfully submitted
          By Defendant's Attorney,

          LAW OFFICES OF TIMOTHY M. BURKE

          /s/ Brian Rogal
          Brian Rogal, Esq.
          BBO #424920
          160 Gould Street, Suite 111
          Needham, MA  02494
          (781) 455-0707

<u>Certificate of Service</u>

 I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage prepaid.

Date:   3/24/05        /s/ Brian Rogal