UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN V. COSTA,<br>    Plaintiff | )<br>)<br>) |
| VS. | )  Civil Action No. 04-11732-PBS<br>) |
| SHANE REUL,<br>    <u>Defendant</u> | )<br>) |

### ORDER

  Defendant's Motion for an Order Granting Access to Criminal Offender Record Information ("CORI") concerning Mary Beth Costa, presently of 994 Pleasant Street, New Bedford, Ma. 02740, is hereby allowed.

  Any state agency possessing CORI concerning Mary Beth Costa, date of birth 2/14/1965, shall release the information to Attorney Brian Rogal, or his appointed agent upon presentation of the Order.

DATE: _____          _____
                                   BY THE COURT