UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN V. COSTA,                )
       Plaintiff            )
                              )
VS.                           )     Civil Action No. 04-11732-PBS
                              )
SHANE REUL,                   )
       Defendant            )

## ORDER

Defendant's Motion for an Order Granting Access to Criminal Offender Record Information ("CORI") concerning the Plaintiff, John V. Costa, presently of 994 Pleasant Street, New Bedford, Ma. 02740, is hereby allowed.

Any state agency possessing CORI concerning the Plaintiff, John Costa, date of birth 1/31/1964, shall release the information to Attorney Brian Rogal, or his appointed agent upon presentation of the Order.

DATE: _____                    _____
                                          BY THE COURT