UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Costa

        Plaintiff,                  CIVIL ACTION
                                                    NO.  04-11732-PBS

    v.

Shane Reul

        Defendant.

**NOTICE OF RESCHEDULED SCHEDULING CONFERENCE**

SARIS, U.S.D.J.                                                         April 27, 2005

     The Scheduling Conference previously scheduled for May 11, 2005, has been **rescheduled** to **May 9, 2005, at 4:15 p.m.**

                                                            By the Court,

                                                             _./s/ Robert C. Alba_
                                                             Deputy Clerk

Copies to:  All Counsel

resched.ntc