UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
JOHN COSTA,                           )
               Plaintiff      )
                               )
V.                                    )     C.A. NO. 04-11732-PBS
                               )
SHANE REUL and                        )
THE CITY OF NEW BEDFORD,              )
             Defendants     )
_____)


**JOINT SCHEDULING STATEMENT**

Pursuant to Local Rule 16.1(D), the parties submit the following Joint Scheduling Statement:

**JOINT PROPOSED DISCOVERY SCHEDULE**

The parties propose the following discovery schedule. The goal of the discovery schedule is to narrow the issues and complete discovery on those issue most likely to lead to a speedy resolution of the plaintiffs' claims. The following proposed schedule accomplishes these tasks.

1.     Initial disclosures required by L.R. 26.1(B) should be produced by May 11, 2005.

2.     All written discovery should be propounded and responded to by November 11, 2005.

3.     Plaintiff's expert designations and reports should be produced by December 11, 2005.

4. Defendant's expert designations and reports should be produced by January 11, 2006.

5. All discovery, including depositions, should be concluded by April 11, 2006.

6. All dispositive motions to be filed by June 11, 2006.

7. Requests for admissions to be allowed up until 45 days prior to trial.

8. The parties have discussed phased discovery but do not believe it is likely to advance, streamline or make less expensive the planned litigation.

## CERTIFICATION OF CONSULTATION

1. Plaintiffs' counsel certifies that he has conferred with each of his clients with a view to establishing a budget for the costs of conducting the full and alternative courses of litigation, and has also conferred with his clients to discuss the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

2. Defendant's counsel certifies that he has conferred with each of his clients with a view to establishing a budget for the costs of conducting the full and alternative courses of litigation, and has also conferred with his client to discuss the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in L.R. 16.4.

## SETTLEMENT DISCUSSIONS

Counsel for the parties have informally discussed settlement. The plaintiff will submit a settlement proposal that the defendant will refer to his client for consideration.

## CONSENT TO TRIAL BEFORE MAGISTRATE JUDGE

The parties consent to trial before a Magistrate Judge.

Respectfully submitted,

/s/ Austin J. Freeley
Austin J. Freeley
BBO# 563349
221 Lewis Wharf
Boston, MA 02108
(617) 723-9538


/s/ Brian J. Rogal
Brian J. Rogal
BBO# 424920
LAW OFFICES OF TIMOTHY M. BURKE
160 Gould Street
Suite 111
Needham, MA 02494
(781) 455-0707

Dated: April 29, 2005