UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN COSTA,<br>      Plaintiff<br><br>V.<br><br>SHANE REUL and<br>THE CITY OF NEW BEDFORD,<br>      Defendants | C.A. NO. 04-11732-PBS |

LOCAL RULE 16.1 (D)(3) CERTIFICATION

  Pursuant to Local Rule 16.1 (D)(3), the plaintiff and his counsel hereby certify that they have conferred with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation. In addition, the plaintiff and his counsel have conferred to consider the resolution of the litigation through the use of alternative dispute resolution programs.

                Respectfully Submitted,

/s/ John Costa        /s/ Austin J. Freeley
John Costa         Austin J. Freeley
              BBO# 563349
              221 Lewis Wharf
              Boston, Massachusetts 02110
              (617) 723-9538