UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN COSTA,<br>　　　　　　　Plaintiff<br><br>V.<br><br>SHANE REUL and<br>THE CITY OF NEW BEDFORD,<br>　　　　　　　Defendants | )<br>)<br>)<br>)　　C.A. NO. 04-11732-PBS<br>)<br>)<br>)<br>)<br>) |

**SETTLEMENT PROPOSAL**

　　　Pursuant to Local Rule 16.1(c), the plaintiff submits that he has conferred with his attorney on the subject of settlement and is prepared to settle this case upon receipt of a written apology from the defendant, Shane Reul, together with his costs, which currently amount to $3,000.00.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Austin J. Freeley
　　　　　　　　　　　　　　　　　　　　　　　Austin J. Freeley
　　　　　　　　　　　　　　　　　　　　　　　BBO# 563349
　　　　　　　　　　　　　　　　　　　　　　　221 Lewis Wharf
　　　　　　　　　　　　　　　　　　　　　　　Boston, MA 02108
　　　　　　　　　　　　　　　　　　　　　　　(617) 723-9538