UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Costa

        Plaintiff,                CIVIL ACTION
                                          NO.   04-11732-PBS

    v.

Shane Reul

        Defendant.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                               May 10, 2005

      The Scheduling Conference previously scheduled for May 9, 2005, has been **rescheduled** to **May 25, 2005, at 2:30 p.m.**

                                                                         By the Court,

                                                                        _./s/ Robert C. Alba_
                                                                        Deputy Clerk

Copies to:  All Counsel

resched.ntc