UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Costa

        Plaintiff,                      CIVIL ACTION
                                              NO.   04-11732-PBS

    v.

Shane Reul

        Defendant.

## NOTICE OF RESCHEDULED SCHEDULING CONFERENCE

SARIS, U.S.D.J.                                                                         May 12, 2005

      At the request of counsel, the Scheduling Conference previously scheduled for May 25, 2005, has been **rescheduled** to **June 10, 2005, at 3:30 p.m.**

                                                  By the Court,

                                                  _./s/ Robert C. Alba_
                                                  Deputy Clerk

Copies to:  All Counsel

resched.ntc