UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

John Costa
Plaintiff,

        V.                                      Civil Action Number
                                                04-11732-PBS

Shane Reul
Defendant.                                       June 10, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 8/31/05

Summary Judgment Motion filing deadline: 9/15/05

Opposition to Summary Judgment Motions: 9/30/05

Case to be referred to Mediation program: Fall, 2005

                                                          By the Court,

                                                          /s/ Robert C. Alba
                                                          Deputy Clerk