UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS.

_____
JOHN COSTA,                             )
                    Plaintiff    )
                                 )
V.                                      )     C.A. NO. 04-11732-PBS
                                        )
SHANE REUL and                          )
THE CITY OF NEW BEDFORD,                )
                  Defendants   )
_____)

PLAINTIFF'S MOTION TO ADVANCE AND CONTINUE
SCHEDULING CONFERENCE

     Now comes the Plaintiff in the above-captioned matter and moves to advance and continue the above-entitled case from **June30, 2005** to **July 5, 2005**.  As reasons therefor, the Plaintiff states that the Plaintiff's counsel is unavailable for June 30, 2005, due to a conflict that cannot be rescheduled.  I have notified the Defendant's attorney, Brian Rogal, and he does not object to this continuance.

     WHEREFORE, for the foregoing reasons, the Plaintff respectfully requests that this Court allow his Assented-to Motion to Advance and Continue this case.

                                                  Respectfully Submitted
                                                By His Attorney,

                                                /s/ Austin J. Freeley

                                                Austin J. Freeley
                                                BBO# 563349
                                                221 Lewis Wharf
                                                Boston, MA 02110
                                                (617) 723-9538

Dated:   June 28, 2005