UNITED STATESS DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN V. COSTA,  )
        Plaintiff  )
          )
VS  )      CIVIL ACTION NO. 04-11732 MBB
          )
SHANE M. REUL,  )
        Defendant  )

---

### DEFENDANT SHANE REUL'S
### MOTION FOR SUMMARY JUDGMENT

---

Now comes the Defendant Shane Reul and moves for summary judgment on all counts. In support of this motion defendant relies upon his attached brief.

Respectfully submitted
By Defendant's Attorney,
LAW OFFICES OF TIMOTHY M. BURKE

Brian Rogal, Esq., BBO #424920
160 Gould Street, Suite 111
Needham, MA 02494
(781) 455-0707

### CERTIFICATE OF SERVICE

I hereby certify that I have served a true copy of the foregoing document upon each other attorney of record by mailing first class postage pre-paid.

September 9, 2005