UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN V. COSTA, | ) | |
|     Plaintiff | ) | |
| | ) | |
| VS | ) | CIVIL ACTION NO. 04-11732 MBB |
| | ) | |
| SHANE M. REUL, | ) | |
|     Defendant | ) | |

_____

MOTION TO CONTINUE STATUS CONFERENCE
_____

    Now comes the Defendant and moves to continue the status conference scheduled for January 20, 2006 as the parties have reached a settlement of this case. Defendant requests thirty days in which to file a stipulation of dismissal.

    Respectfully submitted
By Defendant's Attorney,
LAW OFFICES OF TIMOTHY M. BURKE

  /s/ Brian Rogal
Brian Rogal, Esq., BBO #424920
160 Gould Street, Suite 111
Needham, MA  02494
(781) 455-0707