UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JOHN V. COSTA, | ) | |
| Plaintiff | ) | |
| | ) | |
| VS | ) | CIVIL ACTION NO. 04-11732 MBB |
| | ) | |
| SHANE M. REUL, | ) | |
| Defendant | ) | |

_____

STIPULATION OF DISMISSAL
_____

     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), it is stipulated that this action be dismissed as to the Defendant with prejudice, without costs or attorneys fees to either party, and waiving all rights of appeal.

Respectfully submitted                                  Respectfully submitted
By Defendant's Attorney,                                By Plaintiff's Attorney


 /S/ Brian Rogal                                         /S/ Austin J. Freeley
Brian Rogal                                             Austin J. Freeley, Esquire
BBO # 424920                                            BBO # 563349
Law Offices of Timothy Burke                            221 Lewis Wharf
160 Gould Street, Suite 111                             Boston, MA 02108
Needham, MA  024940-2300                                (617) 723-9538
(781) 455-0707