UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN V. COSTA,
        Plaintiff,

v.                                                                                          CIVIL ACTION
                                                                                            NO. 04-11732-MBB

SHANE E. REUL,
        Defendant.

## FINAL JUDGMENT

**March 2, 2006**

**BOWLER, U.S.M.J.**

In accordance with the Stipulation of Dismissal filed by the parties, it is hereby Ordered and Adjudged that this action be **DISMISSED** with prejudice and without costs.

        /s/ Marianne B. Bowler
        **MARIANNE B. BOWLER**
        United States Magistrate Judge